**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| GS HOLISTIC, LLC,<br><br>Plaintiff<br>v.<br><br>FYRE FLAME HIGH, LLC d/b/a FYRE FLAME SMOKE SHOP and SHARAD PATEL,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Case No. 2:23-cv-03810-WHR-MRM |

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants FYRE FLAME HIGH, LLC d/b/a FYRE FLAME SMOKE SHOP and SHARAD PATEL, and in support thereof states as follows:

1. On November 13, 2023, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On February 1, 2024, a copy of the Complaint and Summons was served on FYRE FLAME HIGH, LLC d/b/a FYRE FLAME SMOKE SHOP, via Substituted Service. *See* Affidavit of Service [DE 6].

3. FYRE FLAME HIGH, LLC d/b/a FYRE FLAME SMOKE SHOP was to have responded to or filed an answer to the Complaint by February 22, 2024, but failed to file anything with this Court.

4. On February 1, 2024, a copy of the Complaint and Summons was served on SHARAD PATEL, via Personal Service. *See* Affidavit of Service [DE 6-1].

5. SHARAD PATEL was to have responded to or filed an answer to the Complaint by February 22, 2024, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since FYRE FLAME HIGH, LLC d/b/a FYRE FLAME SMOKE SHOP and SHARAD PATEL were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, FYRE FLAME HIGH, LLC d/b/a FYRE FLAME SMOKE SHOP and SHARAD PATEL have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, FYRE FLAME HIGH, LLC d/b/a FYRE FLAME SMOKE SHOP and SHARAD PATEL and any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.
OH Bar No. 0099803
John Hoffman Law Office LLC
137 Heritage Woods Dr.
Suite 210
Akron, OH 44321
john@jdh-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2024, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John D. Hoffman, Jr.*
John D. Hoffman, Jr.