THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DISTRICT AT CINCINNATI

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | : | Case Nos. 1:23-cv-748 |
| Plaintiff, | : | 1:24-cv-553 |
| | | 2:23-cv-3810 |
| v. | : | 2:23-cv-3811 |
| | | 3:23-cv-350 |
| MIT VED LLC, d/b/a ROOSEVELT SMOKE & VAPE, *et al.*, | : | Judge Walter H. Rice |
| Defendants. | | Mag. Judge Michael R. Merz |

ORDER CONSOLIDATING THE CAPTIONED CAUSES INTO *IN RE G PEN LITIGATION*; ALL SUBSEQUENT FILINGS SHALL BE MADE IN CASE NO. 1:23-CV-748; VIDEO SCHEDULING CONFERENCE ON TUESDAY, MARCH 11, 2025, AT 4:30 P.M.; DEFENDANTS SHALL IDENTIFY POSSIBLE LEAD COUNSEL AND IDENTIFY SAID COUNSEL TO THE COURT NO LATER THAN MARCH 5, 2025, AT 5:00 P.M.

This case is before the Court on its *sua sponte* review of the Complaints of GS Holistic, LLC ("GS Holistic"), in the above-numbered cases. On January 23, 2025, the Court ordered the parties to show cause within fourteen (14) days why the cases should not be consolidated into an omnibus case dealing with alleged infringement of GS Holistic's G Pen trademark. Noting no objections and finding that consolidation of the above cases will further the Court's duty "to achieve the orderly and expeditious disposition of cases[,]" *Dietz v. Bouldin*, 579 U.S. 40, 45 (2016), quoting *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962), the Court

ORDERS CONSOLIDATED the remaining above-numbered cases as *In Re G Pen Litigation*. All future filings shall be made in Case No. 1:23-cv-748.

Counsel for all affected parties shall participate in a video scheduling conference on Tuesday, March 11, 2025, at 4:30 p.m. Details shall be provided forthwith. Defendants are to identify potential lead counsel and notify the Court via miscellaneous filing no later than March 5, 2025, at 5:00 p.m.

IT IS SO ORDERED.

February 21, 2025

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT