THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

IN RE: G PEN LITIG. :

THIS ORDER PERTAINS TO: PLAINTIFF GS HOLISTIC, LLC, AND DEFENDANTS FYRE FLAME HIGH LLC, d/b/a Fyre Flame Smoke Shop, SHARAD PATEL, HOUSE OF CIGAR INC., d/b/a House of Cigar, DIAB ELLAN, EAST MAIN CONNECTION LLC, d/b/a East Main Connection, and FADEL QENDAH. : : : : :

Case No. 1:23-cv-748

Judge Walter H. Rice
Mag. Judge Michael R. Merz

---

ORDER DIRECTING DEFENDANTS FYRE FLAME HIGH LLC, d/b/a Fyre Flame Smoke Shop, SHARAD PATEL, HOUSE OF CIGAR INC., d/b/a House of Cigar, DIAB ELLAN, EAST MAIN CONNECTION LLC, d/b/a East Main Connection, and FADEL QENDAH, WITHIN TWENTY-EIGHT (28) DAYS OF ENTRY, TO MOVE TO SET ASIDE CLERK'S ENTRIES OF DEFAULT AGAINST THEM, AND TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINTS FILED AGAINST THEM BY PLAINTIFF GS HOLISTIC, LLC; FAILURE TO DO SO WILL RESULT IN DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS UPON PROPER MOTION BY PLAINTIFF

---

This case is before the Court on its *sua sponte* review of the captioned matter. On November 13, 2023, Plaintiff GS Holistic, LLC, filed its Complaint against Defendants Fyre Flame High LLC, d/b/a Fyre Flame Smoke Shop, and Sharad Patel. (No. 2:23-cv-3810, Doc. #1). On April 4, 2024, the Clerk of Courts

issued an Entry of Default against Defendants. (No. 2:23-cv-3810, Doc. #9). Also on November 13, 2023, Plaintiff filed its Complaint against Defendants House of Cigar South Inc., d/b/a House of Cigar, and Diab Ellan. (No. 2:23-cv-3811, Doc. #1). On April 29, 2024, the Clerk issued an Entry of Default against Defendants. (No. 2:23-cv-3811, Doc. #9). On November 27, 2023, Plaintiff filed its Complaint against Defendants East Main Connection LLC, d/b/a East Main Connection, and Fadel Qendah. (No. 3:23-cv-350, Doc. #1). On March 25, 2024, the Clerk issued an Entry of Judgment against Defendants. (No. 3:23-cv-350, Doc. #9). At no point did any of the Defendants: (1) respond to this Court's order regarding consolidation, (2) move to set aside the Entries of Default, or (3) answer, move, or otherwise respond to the Complaints.

Accordingly, Defendants are ORDERED to show cause why the Entries of Default should be set aside and to answer, move, or otherwise respond to the Complaint within twenty-eight (28) days of entry of this Order. In doing so, Fyre Flame Smoke Shop, House of Cigar, and East Main Connection, as pass-through entities, must be represented by counsel appearing as Trial Attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); S.D. OHIO CIV.R. 83.4(a). Failure to do so within that time will, upon proper motion by Plaintiff, result in default judgment in favor of Plaintiff and against Defendants.

IT IS SO ORDERED.

April 15, 2025

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT