THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| IN RE: G PEN LITIG. | : | |
| THIS ORDER PERTAINS TO: PLAINTIFF GS HOLISTIC, LLC, AND DEFENDANTS MIT VED, LLC, d/b/a Roosevelt Smoke & Vape, AND MIT PATEL. | : : : | Case No. 1:23-cv-748<br><br>Judge Walter H. Rice<br>Mag. Judge Michael R. Merz |

---

ORDER REQUIRING PLAINTIFF GS HOLISTIC, LLC TO SHOW CAUSE WITHIN TWENTY-ONE (21) DAYS OF ENTRY WHY ITS COMPLAINT AGAINST DEFENDANTS MIT VED LLC, D/B/A ROOSEVELT SMOKE & VAPE, AND MIT PATEL (DOC. #1) SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO EFFECT TIMELY SERVICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(m)

---

This case is before the Court on its *sua sponte* review docket of the captioned matter. On October 3, 2024, Plaintiff GS Holistic, LLC filed its Complaint against Defendants MIT VED LLC, d/b/a Roosevelt Smoke & Vape ("Roosevelt"), and Mit Patel. (No. 1:24-cv-553, Doc. #1). A Summons directed at Defendants was issued the same day. (Doc. #2). Plaintiff was required to serve Defendants no later than March 3, 2025, ninety days after filing the Complaint. FED.R.CIV.P. 4(c)(1), (m). However, Plaintiff never filed proof of service or a notice of waiver of service, either in Case No. 1:24-cv-553 or in the captioned case post-consolidation.

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff

> shows good cause for the failure, the court must extend the time for service for an appropriate period.

FED.R.CIV.P. 4(m).

Accordingly, Plaintiff is ordered to show cause within twenty-one days why this Court should not dismiss the Complaint for failure to perfect service. The Court, upon good cause shown, may sustain a request by Plaintiff for extension of time to complete service as part of its response to this Order. However, failure to show good cause *will* result in dismissal of the Complaint without prejudice as against Defendants Roosevelt and Patel.

IT IS SO ORDERED.

April 15, 2025

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT