THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| IN RE: G PEN LITIG. | : | |
| THIS ORDER PERTAINS TO: PLAINTIFF GS HOLISTIC, LLC, AND DEFENDANTS MIT VED, LLC, d/b/a Roosevelt Smoke & Vape, AND MIT PATEL. | :<br>:<br>: | Case No. 1:23-cv-748<br><br>Judge Walter H. Rice<br>Mag. Judge Michael R. Merz |

ORDER REQUIRING DEFENDANTS MIT VED, LLC, D/B/A ROOSEVELT SMOKE & VAPE, AND MIT TO ANSWER, MOVE, OR OTHERWISE RESPOND THE COMPLAINT OF PLAINTIFF GS HOLISTIC, LLC WITHIN TWENTY-EIGHT (28) DAYS OF ENTRY; FAILURE BY DEFENDANTS TO PARTICIPATE IN THE CAPTIONED CASE WILL RESULT IN DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANTS

On October 3, 2024, Plaintiff GS Holistic, LLC filed its Complaint against Defendants MIT VED LLC, d/b/a Roosevelt Smoke & Vape ("Roosevelt"), and Mit Patel. (No. 1:24-cv-553, Doc. #1). A Summons directed at Defendants was issued the same day. (Doc. #2). Patel and Roosevelt were served on November 2, 2024, and November 27, 2024, respectively (Returns of Service, No. 1:24-cv-553, Docs. # 16, 17), meaning that their deadlines to answer, move, or otherwise respond to the Complaint were November 23, 2024, and December 18, 2024, respectively. FED.R.CIV.P. 12(a)(1)(a)(i). Nonetheless, Defendants have never defended against Plaintiff's claims or otherwise participated in the captioned cases.

Accordingly, Defendants are ORDERED to answer, move, or otherwise respond to the Complaint within twenty-eight (28) days of entry of this Order. Roosevelt, as a pass-through entity, must be represented by counsel appearing as Trial Attorney. *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); S.D. OHIO CIV.R. 83.4(a). Failure to do so within that time will, upon proper motions by Plaintiff, result in an Entry of Default issued by the Clerk of Courts, and, ultimately, default judgment in favor of Plaintiff and against Defendants.

IT IS SO ORDERED.

Date: 24 April 2025

Walter H. Rice

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT