**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DISTRICT AT CINCINNATI**

GS HOLISTIC, LLC,

Plaintiff,

v.

MIT VED LLC d/b/a
ROOSEVELT SMOKE &
VAPE and MIT PATEL,

Defendants.
_________________________/

Case Nos. 1:23-cv-00748
1:24-cv-00553
2:23-cv-03810
2:23-cv-03811
3:23-cv-00350

Judge Walter H. Rice
Mag. Judge Michael R. Merz

**MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANTS**

The Plaintiff, GS HOLISTIC, LLC, by and through its undersigned counsel, hereby files this Motion for Entry of Clerk's Default against the Defendants in member case 1:24-cv-00553-WHR-MRM, MIT VED LLC d/b/a ROOSEVELT SMOKE & VAPE and MIT PATEL, and in support thereof states as follows:

1. On October 3, 2024, the Plaintiff filed its Complaint for Trademark Infringement [DE 1].

2. On November 27, 2024, a copy of the Complaint and Summons was served on MIT VED LLC d/b/a ROOSEVELT SMOKE & VAPE, via Substitute Service. *See* Affidavit of Service [DE 17].

3. MIT VED LLC d/b/a ROOSEVELT SMOKE & VAPE was to have responded to or filed an answer to the Complaint by December 18, 2024, but failed to file anything with this Court.

4. On November 2, 2024, a copy of the Complaint and Summons was served on MIT PATEL, via Substitute Service. *See* Affidavit of Service [DE 16].

5. MIT PATELwas to have responded to or filed an answer to the Complaint by November 23, 2024, but failed to file anything with this Court.

6. It has been more than twenty-one (21) days since MIT VED LLC d/b/a ROOSEVELT SMOKE & VAPE and MIT PATEL were served with the Summons and Complaint.

7. Federal Rule of Civil Procedure 55(a) provides that a Clerk must enter a party's default when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend.

8. As of the date of this Motion, MIT VED LLC d/b/a ROOSEVELT SMOKE & VAPE and MIT PATEL have failed to answer or respond to the Plaintiff's Complaint, as evidenced by their failure to file any documents with this Court.

WHEREFORE, the Plaintiff, GS HOLISTIC, LLC, respectfully moves for an Entry of Clerk's Default against the Defendants, MIT VED LLC d/b/a ROOSEVELT SMOKE & VAPE and MIT PATEL and any other relief this Court deems just and proper.

Respectfully submitted,

*/s/ John C. Ridge*

John C. Ridge
OH Bar No. 0086046
Ridge Law LLC
3136 Kingsdale Center #119
Upper Arlington, Ohio 43221
jridge@ridge-law.com
Serv609@LegalBrains.com
Telephone: 561-232-2222
*Attorney for the Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2025, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF to serve on all counsel of record.

*/s/ John C. Ridge*
John C. Ridge